UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  
Lee Robert Rohe  
dba Lee Robert Rohe, P.A.

Case No. 19-22607-RAM  
Chapter 13

    Debtor.                             /

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
CODEBTOR STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE
RE: 2110 PALM BEACH ROAD, BIG PINE KEY, FL 33043**

Comes now Wells Fargo Bank, N.A., by and through its undersigned counsel, and moves this Honorable Court for Relief from the Automatic Stay and the codebtor automatic stay and in support thereof would show:

1. This Motion is brought pursuant to 11 U.S.C., Section 362(d) and Bankruptcy Rule 4001-1(c) and local Guidelines effective June 2, 2008.

2. Debtor filed this case on September 23, 2019 when Debtor filed a voluntary petition under Chapter 13 of the United State Bankruptcy Code.

3. Codebtor Susan L. Rohe previously filed a voluntary Chapter 13 case 19-12053-AJC on February 15, 2019 which was confirmed on September 9, 2019 which resulted in Wells Fargo Bank, N.A. having relief from the automatic stay as it related to the Debtor and codebtor in that case as Debtor did not provide for any payments to Wells Fargo Bank in case 19-12053-AJC.[1]

4. On March 3, 2017, Wells Fargo Bank, N.A. commenced a foreclosure action in the Circuit Court for the Sixteenth Judicial Circuit in and for Monroe County, Florida which action ultimately resulted in the entry of a Final Summary Judgment of Foreclosure against the Debtor on December 21, 2018 in the amount of $656,959.04 (the "Judgment"). A true and correct copy

---

[1] See Doc. No. 112 order confirming Sixth Amended Plan and Doc. No. 91 Sixth Amended Plan in case 19-12053-AJC.

of the Judgment is attached hereto as **Exhibit "A"**. Said Judgment confirms Secured Creditor's interest in the Debtor's property located at 2110 Palm Beach Road legally described as: Lot 43, Block 3 Of Pine Ridge, According To The Plat Thereof As Recorded In Plat Book 4, Page (S) 42, Of The Public Records Of Monroe County, Florida

5. The just market value of the property is $308,802.00. This valuation is based on the just market value as determined by the Monroe County Property Appraiser, as set forth on **Exhibit "B"** attached hereto.

6. Upon information and belief, the Property has been claimed exempt by the Debtor.

7. Secured Creditor is entitled to relief from the automatic stay under Section 362(d)(1) and/or 362(d)(2) for this/these reason(s):

>   (a) For Cause, including Debtor's failure to provide adequate protection for Wells Fargo Bank, N.A.'s interest in the Property due to Debtor's failure to pay the amount of the Judgment. Wells Fargo Bank, N.A.'s interest in the Property is being significantly jeopardized by the Debtor's failure to satisfy the Judgment while Wells Fargo Bank, N.A. is prohibited from pursuing lawful remedies to enforce such Judgment.
>
>   (b) There is no equity in the property for the benefit of unsecured creditors of the estate and the property is not necessary to an effective reorganization.
>
>   (c) The Debtor does not provide for payment to Wells Fargo Bank in the First amended Chapter 13 Plan of reorganization (Doc. No. 53).

8. Wells Fargo Bank, N.A. further requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Wells Fargo Bank, N.A. in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance

Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

9. Pursuant to 11 U.S.C 362(e), Wells Fargo Bank, N.A. hereby requests that in the event a hearing is necessary, that said hearing to be held within thirty (30) days.

10. This motion seeks *in rem* relief only and does not seek *in personam* relief against the Debtor.

Wherefore, Wells Fargo Bank, N.A. respectfully requests that the automatic stay and codebtor stay be lifted so that Wells Fargo Bank, N.A. may be permitted to enforce its Judgment outside of the bankruptcy forum, that in the event a hearing is necessary on this Motion that said hearing to be held within thirty (30) days, and for such other and further relief as the Court may deem just and proper.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay and exhibits was sent via CM/ECF electronic filing or via First Class U.S. Mail on this 29th day of January, 2020 to:

**Via First Class U.S. Mail:**
Susan L Rohe 30410 Sea Grape Terrace # 2, Big Pine Key, FL 33043
Lee Robert Rohe, POB 430678, Big Pine Key, FL 33043

**Via CM/ECF Electrontic Filing:**
Lee R Rohe, 30410 Sea Grape Terrace, #2, Big Pine Key, FL 33043
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

19-317741