UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Lee Robert Rohe,                                    Case No: 19-22607

Debtor.                                                    Chapter 13

_____/

## DEBTOR'S MOTION FOR RULING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 6-1

Debtor, Lee Robert Rohe, Pro Se, hereby files a Motion For Ruling On Debtor's Objection To Proof of Claim No. 6-1 based on the following grounds:

1,      On December 15, 2019, LVNV Funding, LLC, on behalf of Resurgent Capital Services, filed Proof of Claim 6-1 in the amount of $4411.91.

2.      On December 19, 2019, the Debtor filed an Objection to LVNV's claim. [DE #54]. As part of the Objection, the Debtor filed a previous Order Sustaining Objection to Claim of LVNV Funding, LLC, which was issued on June 12, 2019 in spouse Susan Rohe's Chapter 13 proceeding, Case No. 19-12053.

3.      A claim for the same amount that LVNV Funding filed in the Debtor's case was also previously filed in Susan Rohe's bankruptcy case and was stricken by Judge Cristol.

2

4.      To date, no Response has been filed by LVNV in response to the

Debtor's Objection; nor has LVNV requested a hearing on the matter.

5.      Since the Debtor's Chapter 13 plan is scheduled to be confirmed on

April 7th, an adjudication of the LVNV Proof of Claim is necessary.

**WHEREFORE**, the Debtor respectfully requests that this Court issue an

Order sustaining the objection to Claim of LVNV Funding, LLC, Claim # 6-1.

Respectfully submitted,

/s/ Lee Robert Rohe, Esq., Pro Se
30410 Sea Grape Terrace
Suite 2
Big Pine Key, Fl 33043
(305) 745-2254
Email: lrrlaw@bellsouth.net
Florida Bar No: 271365

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1.

I hereby certify that a true and correct copy of the foregoing has been furnished to the individuals on the Service List via CM/ECF Electronic Filing or via First Class Mail on March 22, 2020.

Steven Powrozek, Esq. 4630 Woodland Corporate Blvd., Suite 100, Tampa, Florida 33614.

Nancy K. Neidich, POB 279806, Miramar, Fl 33027.

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, Fl 33130.

<u>/s/ Lee Robert Rohe, Esq., Pro Se</u>