

**ORDERED in the Southern District of Florida on March 26, 2020.**

*Robert A. Mark, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Case No. 19-22607-BKC-RAM |
| LEE ROBERT ROHE, | Chapter 13 |
| Debtor. | |

### ORDER CLARIFYING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING ELEVENTH CIRCUIT APPEAL

The Court conducted a hearing on March 26, 2020, on Debtor's Notice of Compliance With February 11, 2020 Order From the Eleventh Circuit Court of Appeals requesting a Ruling Re: Stay of Appeal ("Debtor's Request for Ruling") [DE# 83]. The Request for Ruling references an appeal pending in the United States Court of Appeals for the Eleventh Circuit (the "Eleventh Circuit") in a case styled

as Susan Lynne Rohe, Plaintiff-Appellant v. Wells Fargo Bank, N.A., Defendant-Appellee, Case No. 19-13947-HH (the "Eleventh Circuit Appeal").

On February 11, 2020, the Eleventh Circuit entered an Order in the Eleventh Circuit Appeal staying the appeal pending a ruling from the bankruptcy court on whether the automatic stay in this bankruptcy case filed by Lee Rohe, the Appellant's husband, applies to the Eleventh Circuit Appeal. A copy of this Order is attached as Exhibit 3 to the Request for Ruling [DE# 83-2]. The Request for Ruling asks this Court to respond to the Eleventh Circuit's question. Therefore, it is –

**ORDERED** that the automatic stay in this bankruptcy case does not apply to the Eleventh Circuit Appeal. The district court case subject of the Eleventh Circuit Appeal was filed by the Debtor's wife, and neither the district court case nor the Eleventh Circuit Appeal is an action against the Debtor subject to the automatic stay.

###

COPIES FURNISHED TO:

Nancy K. Neidich, Esq.
Steven G. Powrozek, Esq.

**CLERK TO SERVE PARTIES BELOW**:

Lee Robert Rohe, Esq.
30410 Sea Grape Terrace
Big Pine Key, FL 33043

David J. Smith, Clerk of Court
Eleventh Circuit Court of Appeals
Elbert Parr Tuttle Court of
Appeals Building
56 Forsyth Street N.W.
Atlanta, GA  30303

(**11th Circuit Court of Appeals Case No. 19-13947-HH**)